UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                               Plaintiff,                  **ORDER**

-against-                                                10 CV 2189 (DRH) (ETB)

SARAH B. PARNELL also known as
SARAH PARNELL,

                               Defendant.
-----------------------------------------------------------X

**HURLEY, Senior District Judge:**

On July 30, 2010, this Court granted Plaintiff's motion for an entry of default judgment against defendant Sarah B. Parnell, also known as Sarah Parnell ("Defendant") and referred the case to Magistrate Judge E. Thomas Boyle, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as to damages, attorneys' fees, and costs. On February 7, 2011, Judge Boyle issued a Report and Recommendation that judgment be entered against Defendant for the following amounts: (1) damages in the amount of $8,965.80; (2) interest thereon in the amount of $2,132.65 through February 7, 2011, plus $1.93 per day from February 8, 2011 through the date of judgment; (3) costs in the amount of $23.50; and (4) post judgment interest to be calculated pursuant to 28 U.S.C. § 1961. On February 8, 2011, Defendant was served with a copy of the Report and Recommendation. More than fourteen days have elapsed since service of the Report and Recommendation. No party has filed any objections.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the February 7, 2011 Report and Recommendation of Judge Boyle as if set forth herein. The Court therefore directs that Plaintiff

United States of America recover from Defendant Sarah B. Parnell, also known as Sarah Parnell, the amount of $11,121.95,[1] plus interest from February 8, 2011 to the date of judgment at the rate of $1.93 per day, as itemized below, and that judgment be entered accordingly, with post judgment interest to be calculated pursuant to 28 U.S.C. § 1961:

    (1)    $8,965.80 in damages;

    (2)    $2,132.65, plus $1.93 per day from February 8, 2011 to the date of judgment, in interest; and

    (3)    $23.50 in costs.

Upon entry of judgment, the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
       March 2, 2011

/s/
Denis R. Hurley
Unites States District Judge

---

[1] To the extent that Judge Boyle's Report and Recommendation contains the recommendation that Plaintiff be awarded a total of $11,124.92 (*see* R&R at 6), the Court finds this to be a typographical error.